UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
     Plaintiff,

vs.

                               Case No: 22-cv-23561-JEM

SPAULDING PARTNERS, LLC
and WEST BRICKELL ASSOCIATES
LLC d/b/a EL SANTO,
     Defendant(s).

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

     Plaintiff, EMILIO PINERO, and Defendants, SPAULDING PARTNERS, LLC and

WEST BRICKELL ASSOCIATES LLC d/b/a EL SANTO, by and through their

respective undersigned counsel, hereby notify the Court that the Parties have reached a

settlement in principle. The Parties are in the process of memorializing their agreement

and finalizing their settlement documents.

     Respectfully submitted,

<table>
<tr>
<td>

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

</td>
<td>

s/ Allan Stuart Reiss
Allan Stuart Reiss (FBN: 858500)
   *Attorney for Defendant, Spaulding Partners LLC*
Levine & Partners, P.A.
3350 Mary Street
Miami, FL 33133
(305) 372-1350
asr@levinelawfirm.com

</td>
</tr>
<tr>
<td>

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

</td>
<td>

s/ Sherril Colombo
Sherril Colombo (FBN: 948799)
s/ Pooja K. Patel
Pooja K. Patel (FBN: 1025059)
   *Attorneys for Defendant, West Brickell Associates*
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
(305) 400-7500
scolombo@littler.com
ppatel@littler.com

</td>
</tr>
</table>