UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
     Plaintiff,

vs.

SPAULDING PARTNERS, LLC
and WEST BRICKELL ASSOCIATES
LLC d/b/a EL SANTO,
     Defendant(s).

Case No: 22-cv-23561-JEM

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, EMILIO PINERO, and Defendants, SPAULDING PARTNERS, LLC and

WEST BRICKELL ASSOCIATES LLC d/b/a EL SANTO, by and through their respective

counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this

action *with prejudice* with each party to bear their own attorney's fees and costs except as

otherwise agreed in writing.

     Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net


s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

s/ Allan S. Reiss
Allan S. Reiss (FBN: 858500)
   *Attorney for Defendant, Spaulding Partners, LLC*
Levine & Partners, P.A.
3350 Mary Street
Miami, FL 33133
(305) 372-1350
asr@levinelawfirm.com


s/ Pooja Patel
Pooja Patel (FBN: 1025059)
   *Attorney for Defendant, West Brickell Associates LLC d/b/a El Santo*
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131
305-400-7562
ppatel@littler.com