UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23561-CIV-MARTINEZ-BECERRA

EMILIO PINERO,

    Plaintiff,

v.

SPAULDING PARTNERS, LLC
and WEST BRICKELL ASSOCIATES
LLC d/b/a EL SANTO,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. (ECF No. 27). Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**. Each party shall bear their own attorney's fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 3 day of May, 2023.

                                      JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record